IN THE UNITED STATES BANKRUPTY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                             *   CASE NO.: 10-08867-BKT
LUIS A. COLON REYES                                *
ANA I. ROLON SANCHEZ                               *
    Debtor(s)                                     *   CHAPTER -12-
                                                   *

-----------------------------------------------

## MOTION UNDER SECTION 1329 AND TO
## AMEND ORDER UNDER RULE 9023

**TO THE HONORABLE COURT:**

    **COMES NOW DEBTOR** through the undersigned attorney and to this Honorable Court respectfully states and prays as follows:

1. Debtor filed a voluntary petition under which a payment plan was confirmed.
2. Debtor is hereby requesting to be allowed to modify his confirmed payment plan _**to provide funds necessary to cure arrears with creditor Doral Bank.**_
3. Debtor request to be allowed to modify his confirmed payment plan to provide for funds necessary to comply with the disbursement schedule in the case.
4. With the modified payment plan unsecured creditors will still receive more than they would under a Chapter 7 Liquidation, since there is no liquidation value in this case.

    WHEREFORE it is respectfully requested to this Honorable Court that the request for modification of the payment plan be accepted and that Debtors be allowed to continue making his payments as stated in the modified payment plan and the Order of Confirmation be altered in such fashion as to allow the same and any further relief as is just.

    NOTICE IS HEREBY GIVEN TO PARTIES IN INTEREST THAT THEY HAVE TWENTYONE (21) DAYS TO OBJECT THE PROPOSED MODIFICATION OF THE CHAPTER 13 PLAN AND REQUEST A HEARING. ABSENT GOOD CAUSE UNTIMELY OBJECTIONS SHALL BE DENIED.

    CERTIFICATE OF SERVICE: I hereby certify that the foregoing motion has been filed with the Clerk of the court using the CM/ECF system that will electronically notify parties in interest and to Chapter 13, Trustee Alejandro Oliveras, US Trustee Office. Non CM/ECF participants that are interested parties will be notified by regular US Postal Service.

    In Cayey, Puerto Rico, this 20th day of December, 2011.

/s/Miriam A. Murphy Lightbourn
MIRIAM A. MURPHY LIGHTBOURN
PO BOX 372519
CAYEY, PR 00737
TEL.: 787-263-2377; (787)738-0404
FAX: 787-738-4667

United States Bankruptcy Court
District of Puerto Rico

IN RE: Luis A. Colón Reyes
Ana I. Rolón Sánchez

Case No. 10-08867
Chapter 13

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED:
☑ PRE ☒ POST-CONFIRMATION

☐ AMENDED PLAN DATED: 12/1/11
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 200 x 12 = $ 2,400
$ 260 x 12 = $ 3,120
$ 400 x 20 = $ 8,000
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ 13,520

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:

☐ Sale of Property identified as follows:

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ 13,520

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,674

Signed: /s/ Luis Colón Reyes
Debtor

/s/ Ana I. Rolón
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ ___
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. Doral Bank      Cr. Island Finance    Cr. Reliable
# 30016396         # 40366801            # 612-157037
$ 3864.06 PRE/1,292.16  $ 821                $ 1,176
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___ Cr. ___ Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___ Cr. ___ Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☐ Debtor otherwise maintains regular payments directly to:

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other:
Cr. ___ Cr. ___ Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)

Attorney for Debtor Miriam A. Murphy Murphy Law Office
Phone: (787) 263-2377

CHAPTER 13 PAYMENT PLAN