IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF:<br><br>LUIS A. COLON REYES<br><br>ANA IRMA ROLON SANCHEZ<br><br>Debtors | CASE NO. 10-8867<br><br>CHAPTER 13 |
|---|---|

MOTION FOR POST CONFIRMATION MODIFICATION

OF CONFIRMED PAYMENT PLAN UNDER SECTION 1329 AND RULE 9023

TO THE HONORABLE COURT:

COMES NOW DEBTOR through the undersigned attorney and to this Honorable Court respectfully prays and states as follows:

1. Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code in which a payment plan was confirmed.
2. Debtor is hereby requesting to be allowed to modify the confirmed payment plan to *provide for funds necessary to pay secured arrears to Doral Bank, Reliable Financial, Island Finance and liquidation value.*
3. Debtor is submitting the proposed amended payment plan to provide the necessary funds to pay secured arrears as per disbursement schedule.
4. Debtors request to be allowed to modify their confirmed payment plan to provide for funds necessary to comply with the above stated.
5. With the modified payment plan unsecured creditors will still receive more than they would under a Chapter - 7- liquidation.

WHEREFORE it is respectfully requested from this Honorable Court to enter an Order allowing debtor to modify his confirmed payment plan.

NOTICE IS HEREBY GIVEN TO PARTIES IN INTEREST THAT THEY HAVE TWENTY ONE (21) DAYS TO OBJECT THE PROPOSED MODIFICATION OF THE CHAPTER 13 PLAN AND REQUEST A HEARING. ABSENT GOOD CAUSE UNTIMELY OBJECTIONS SHALL BE DENIED.

CERTIFICATE OF SERVICE: It is hereby certified that this motion has been electronically filed with the Clerk of the Court using the CM/ECF system that will electronically notify parties in interest that have filed a Notice of Appearance and Chapter 13 Trustee Alejandro Oliveras Rivera

In Cayey, Puerto Rico this February 20, 2012.

/s/Miriam A. Murphy Lightbourn

MIRIAM A. MURPHY LIGHTBOURN

PO BOX 372519

CAYEY, PUERTO RICO 00737

TEL: 787-263-2377

FAX: 787-738-4667

Email: mamurphyli82@gmail.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                       Case No. **10-8867**

**COLON REYES, LUIS A & ROLON SANCHEZ, ANA IRMA**      Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____        ☑ AMENDED PLAN DATED: **2/20/2012**
☐ PRE ☑ POST-CONFIRMATION        Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 200.00 x 12 = $ 2,400.—
$ 260.— x 12 = $ 3,120.—
$ 400.— x 22 = $ 8,800.—
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ 14,320.—

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **14,320.—**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,674.00**

Signed: **/s/ LUIS A COLON REYES**
Debtor

**/s/ ANA IRMA ROLON SANCHEZ**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK**    Cr. **ISLAND FINANCE/B**    Cr. **ReELIABE FINANCIA**
# **3006396**        # **40366801**        # **612-157037**
$ 3864 / 9129. post $ **821.00**     $ **1,176.00**
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# ___ # ___ # ___
$ ___ $ ___ $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# ___ # ___ # ___
$ ___ $ ___ $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**ReELIABE FINANCIA    DORAL BANK    ISLAND FINANCE/B**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)

Attorney for Debtor **Miriam A. Murphy Murphy Law Office**      Phone: **(787) 263-2377**

AMENDED CHAPTER 13 PAYMENT PLAN