IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>LUIS ANTONIO COLON REYES;<br>ANA IRMA ROLON SANCHEZ<br><br>DEBTOR(S) | CASE NO. 10-08867-BKT<br><br>Chapter 13 |
| DORAL BANK<br><br>MOVANT<br><br>VS.<br><br>LUIS ANTONIO COLON REYES;<br>ANA IRMA ROLON SANCHEZ AND<br>ALEJANDRO OLIVERAS RIVERA<br>TRUSTEE<br><br>RESPONDENTS | INDEX<br><br>☒ of acts against property under §362(d)(1) "CAUSE" |

MOTION FOR RELIEF FROM STAY

TO THE HONORABLE COURT:

COMES NOW DORAL BANK, ("Doral"), through its undersigned counsel, and very respectfully alleges, states and prays:

1. Jurisdiction is granted by 28 U.S.C. §1334 and by 28 U.S.C. §157, and this is an action pursuant to 11 U.S.C. §362 (d)(1).

2. On **September 25, 2010** Debtor(s) filed a petition for relief under Chapter 13 of the Bankruptcy Code.

3. Doral is the holder in due course of a Mortgage Note in the principal sum of **$44,350.00** bearing interest at **7.50%** per annum, due on **October. 2013**.

4. On **May 18, 2011** Doral filed a secured claim, with a proof of lien, in the amount of **$17,731.98** for loan number **6396** with pre-petition arrears of **$3,864.06** encumbering Debtors' residence.

5. Since the filing date, Debtor(s) account has accumulated post-petition arrears, including late charges and legal fees and costs totaling *$2,197.74* as stated in the attached verified statement entitling this Honorable Court to grant Doral relief from the automatic stay, pursuant to 11 U.S.C. §362 (d)(1).

6. Respondent is the duly-appointed Chapter 13 trustee.

7. As shown from the attached certification, Debtor(s) is/are not eligible for the protections of the Servicemen's Civil Relief Act of 2003.

8. Pursuant to Section 502(j) of the Bankruptcy Code, 11 U.S.C. §502(j), it is requested from this Honorable Court to allow the Chapter 13 trustee to terminate payments to Movant on the underlying claim for this Motion for Relief from Stay, once the order granting relief from stay becomes final.

WHEREFORE, it is respectfully requested that this Honorable Court enter an order granting Doral Relief from the Automatic Stay.

WE HEREBY CERTIFY that a copy of the *Motion Requesting Relief from the Automatic Stay* was electronically filed by Movant, Doral, using the CM/ECF System, which will send a notification to the Standing Chapter 13 Trustee and to the debtors' attorney. In addition, a copy of the *Motion Requesting Relief from the Automatic Stay* was sent by Movant, Doral, to the debtor(s) at the address of record.

In San Juan, Puerto Rico on the **29th** day of **August**, 2013.

SERGIO A. RAMIREZ DE ARELLANO LAW OFFICES
Attorney for Doral
Banco Popular Center
10th Floor, Suite 1022
209 Muñoz Rivera Avenue
San Juan, PR 00918-1009
Tels: (787) 765-2988
Fax No. (787) 765-2973
sramirez@sarlaw.com


*/S/ Sergio A. Ramirez de Arellano*
USDC PR 126804



# REQUEST FOR LIFT OF STAY
( MOTION UNDER 11 USC 362 )

To Bufete: **SERGIO A. RAMIREZ DE ARELLANO LAW OFFICE**

| | |
|---|---|
| Loan Number: | ******6396 |
| Debtor: | LUIS A. COLON REYES |
| Debtor: | ANA I. ROLON SANCHEZ |
| BKR # 10-08867 | CHPT. 13   DATE FILED: September 25, 2010 |
| Plan confirmed? | YES ___   NO ___ |
| Payments due | 4   Pre-Pet 1   Post-Pet 3   4-13, 7-13, 8-13 |

## Post-Petition arrears:

| | | | |
|---|---|---|---|
| 3 months at | $422.13 | | $1,266.39 |
| 3 late charges at | $16.45 | | $49.35 |
| Attorney Fees (M-362) | | | $426.00 |
| Attorney Expense (M-362) | | | $15.00 |
| Pending 362 Fi | | | $441.00 |
| Suspense Bal | | | $0.00 |
| DUE DATE | 5/1/2013 | | |
| PRINCIPAL BALANCE | $2,413.73 | **TOTAL** | **$2,197.74** |

* All reinstallment payments must be made up to the current month, including legal fees and late charges.
* Toda reinstalación efectuada debe incluir mes en curso, incluyendo gastos legales y cargos por demora.
* **<u>TODO PAGO DEBE SER EFECTUADO EN EFECTIVO, CHEQUE DE GERENTE O MONEY ORDER</u>***

### Verified Declaration

I, the undersigned, declare under penalty of perjury that the amounts claimed by Movant in the foregoing Request for Lift of Stay, represents accurately the information kept in accounting books and records kept by Movant in the ordinary course of business. I further declare under penalty of perjury that I have read the foregoing Motion from the Automatic Stay and that the facts alleged are true and correct to the best of my knowledge.

Name:  JOYCE PABON                  S/JOYCE S. PABON
       BANKRUPTCY AGENT

       JOSUE A. GARCIA ARRIETA      S/JOSUE A. GARCIA ARRIETA
       SUPERVISOR

This Req. For Lift of Stay was prepared   This  28  day of  August  of  2013

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:
LUIS A. COLON REYES
ANA I. ROLON SANCHEZ

CASE NO.   10-08867
CHAPTER:   13

Debtor(s)

---

Doral Bank

Movant

## SWORN STATEMENT UNDER PENALTY OF PERJURY

The undersigned is an authorized officer Doral Bank, hereinafter referred to as "DB".

The undersigned represents the interests of DB as a secured creditor and holder in due course of the mortgage note and mortgage deed mentioned in the motion for relief from stay under 11 U.S.C 362 of the captioned case.

To the best of our information and belief the debtors are not currently serving on active duty in the Armed Forces of the United States (Army, Navy, Air Force, Marine Corps and Coast Guard) nor in the National Guard, Air National Guard, the commissioned corps of the National Oceanic and Atmospheric Administration nor in the commissioned corps of the Public Health Service.

The information included in DB's loan origination file, the foreclosure and/or collection file and in DB's computer system was reviewed and none disclosed that the debtors are currently serving on active duty in the Armed Forces of the United States (Army, Navy, Air Force, Marine Corps and Coast Guard) nor in the National Guard, Air National Guard, the commissioned corps of the National Oceanic and Atmospheric Administration nor in the commissioned corps of the Public Health Service.

As per the certification issued by the Department of Defense Manpower Data Center (which is attached hereto) the debtors are not in active duty in the Armed Forces of the United States (Army, Navy, Air Force, Marine Corps and Coast Guard) nor in the National Guard, Air National Guard, the commissioned corps of the National Oceanic and Atmospheric Administration nor in the commissioned corps of the Public Health Service.

Upon review of the pertinent records and documents I declare under penalty of perjury as permitted under section 1746 of title 28, United States Code that the foregoing is true and correct.

Executed in San Juan, Puerto Rico this 28 day of August of 2013.

S/JOSUE A. GARCIA ARRIETA
**JOSUE A. GARCIA ARRIETA**
**SUPERVISOR**

Commonwealth of Puerto Rico

FHA CASE NO. 501-5717975-703

## ----------MORTGAGE NOTE----------
## ----------PAGARÉ HIPOTECARIO----------

US $ 44,350.00   SEPTEMBER 30, 1998

1. "Borrower" means each person signing at the end of this Note, and the person's successors and assigns. "Lender" means DORAL MORTGAGE CORPORATION and its successors and assigns.

1. "Deudor Hipotecario" significa cada persona que firma al final de este Pagaré y sus sucesores y cesionarios. "Acreedor Hipotecario" significa y sus sucesores y cesionarios.

2. In return for a loan received from Lender, Borrower promises to pay the principal sum of FORTY FOUR THOUSAND THREE HUNDRED FIFTY DOLLARS Dollars (U.S.$ 44,350.00), plus interest, to the order of the Lender. Interest will be charged on unpaid principal, from the date of disbursement of the loan proceeds by Lender, at the rate of SEVEN AND ONE HALF per cent ( 7 1/2 %) per year until the full amount of principal has been paid.

2. A cambio de un préstamo recibido del Acreedor Hipotecario, el Deudor Hipotecario se obliga a pagar la cantidad principal de Dólares (U.S.$ ), más intereses, a la orden del Acreedor Hipotecario. Se cargará intereses sobre el principal adeudado, desde la fecha en que el Acreedor Hipotecario desembolse el producto del préstamo a razón de por ciento ( %) anual hasta que el principal haya sido totalmente pagado.

3. Borrower's promise to pay is secured by a mortgage that is dated the same date as this Note and called the "Security Instrument". The Security Instrument protects the Lender from losses which might result if Borrower defaults under this Note.

3. La obligación de pagar del Deudor Hipotecario está garantizada por una hipoteca, otorgada en la misma fecha de este Pagaré, denominada "Hipoteca". La Hipoteca protege al Acreedor Hipotecario de pérdidas que podrían resultar si el Deudor Hipotecario incumpliere con los términos de este Pagaré.

4. (A) Borrower shall make a payment of principal and interest to Lender on the first day of each month beginning on November, 19 98. Any principal and interest remaining on the first day of October, 20 13, will be due on that date, which is called the maturity date.

4. (A) El Deudor Hipotecario hará un pago de principal más intereses, al Acreedor Hipotecario el primer día de cada mes, comenzando en de 19. Cualquier principal más intereses adeudados al día primero de del 20, vencerá en esa misma fecha que es denominada la fecha de vencimiento.

(B) Payment shall be made at the address notified to Borrower at closing or at such place as Lender may designate in writing by notice to Borrower.

(B) El pago será efectuado en la dirección notificada al Deudor Hipotecario en el cierre o en cualquier otro lugar que el Acreedor Hipotecario designe por escrito con notificación al Deudor Hipotecario.

(C) Each monthly payment of principal and interest will be in the amount of FOUR HUNDRED ELEVEN DOLLARS WITH THIRTEEN CENTS (U.S.$ 411.13 ).

(C) Cada pago mensual de principal más intereses será por la cantidad de (U.S.$ ).

Page 1 of 4   PR Form Rev August 1996

This amount will be part of a larger monthly payment required by the Security
Esta cantidad es parte del pago mensual mayor, requerido por la Hipoteca que será apli-

...rity Instrument, that shall be applied to principal, interest and other
cado al principal, intereses y a otros conceptos en el orden descrito en la Hipoteca.

items in the order described in the Security Instrument.

5. Borrower has the right to pay the debt evidenced by this Note, in
5. El Deudor Hipotecario tiene el derecho de pagar la deuda evidenciada por este Pagaré,

whole or in part, without charge or penalty, on the first day of any month.
total o parcialmente, sin recargo ni penalidad, el primer día de cualquier mes. El Acreedor

Lender shall accept prepayment on other days provided that Borrower pays
Hipotecario aceptará el prepago cualquier otro día siempre que el Deudor Hipotecario pague

interest on the amount prepaid for the remainder of the month to the extent
intereses en la cantidad prepagada por el resto del mes requerido por el Acreedor Hipotecario

required by Lender and permitted by regulations of the Secretary. If
y permitido por la reglamentación del Secretario. Si el Deudor Hipotecario hace prepagos

Borrower makes a partial prepayment, there will be no changes in the due
parciales, no habrá cambios en la fecha de vencimiento o la cantidad de pago mensual a menos

date or in the amount of monthly payment unless Lender agrees in writing to
que el Acreedor Hipotecario acepte los cambios por escrito.

those changes.

6. (A) If Lender has not received the full monthly payment required by
6. (A) Si el Acreedor Hipotecario no hubiere recibido el pago total mensual requerido

the Security Instrument, as described in Paragraph 4(C) of this Note, by
por la Hipoteca, tal como se describe en el párrafo 4(c) de este Pagaré, al cabo de quince

the end of fifteen (15) calendar days after the payment is due, Lender may
(15) días calendarios después del vencimiento del pago, el Acreedor Hipotecario podrá cobrar

collect a late charge in the amount of four percent (4.00%) of the overdue
un recargo por demora en la cantidad de un cuatro por ciento (4.00%) de la suma atrasada de

amount of each payment.
cada pago.

(B) If Borrower defaults by failing to pay in full any monthly pay-
(B) Si el Deudor Hipotecario incumpliere por no efectuar el pago completo de cual---

ment, then Lender may, except as limited by regulations of the Secretary
quier pago mensual, entonces, el Acreedor Hipotecario podrá, sujeto a las limitaciones regla-

in the case of payment defaults, require immediate payment in full of the
mentarias del Secretario para el caso de incumplimiento por falta de pago, exigir el pago

principal balance remaining due and all accrued interest. Lender may
total inmediato del saldo impagado del principal y de todos los intereses acumulados. El

choose not to exercise this option without waiving its rights in the event
Acreedor Hipotecario podrá elegir no ejercitar esta opción sin renunciar a sus derechos en

of any subsequent default. In many circumstances regulations issued by the
caso de cualquier incumplimiento subsiguiente. En muchas circunstancias las reglamentaciones

Secretary will limit Lender's rights to require immediate payment in full
emitidas por el Secretario limitan los derechos del Acreedor Hipotecario para exigir el pago

in the case of payment defaults. This Note does not authorize acceleration
total inmediato por incumplimiento en el pago de plazos vencidos. Este Pagaré no autoriza la

when not permitted by HUD regulations. As used in this Note, "Secretary"
aceleración de su vencimiento cuando los reglamentos de HUD no lo permitan. Tal como se usa

means the Secretary of Housing and Urban Development or his or her
en este Pagaré, la palabra "Secretario" significa el Secretario del Departamento de

designee.
Desarrollo Urbano y Vivienda de los Estados Unidos de América o su representante.

Page 2 of 4      PR Form Rev August 1996

(C) If Lender has required immediate payment in full, as described above, Lender may require Borrower to pay costs and expenses including reasonable and customary attorney's fees for enforcing this Note to the extent not prohibited by applicable law. Such fees and costs shall bear interest from the date of disbursement at the same rate as the principal of this Note.

(C) Si el Acreedor Hipotecario ha exigido el pago total inmediato, según se describe anteriormente, podrá requerirle al Deudor Hipotecario que pague costas y gastos, incluyendo honorarios de abogado razonables y acostumbrados, hasta el máximo por la ley aplicable para exigir el cumplimiento de este Pagaré. Dichos honorarios, costas y gastos devengarán intereses, desde el día de su desembolso, al mismo tipo que el principal de este Pagaré.

7. Borrower and any other person who has obligations under this Note waive the rights of presentment and notice of dishonor. "Presentment" means the right to require Lender to demand payment of amounts due. "Notice of Dishonor" means the right to require Lender to give notice to other persons that amounts due have not been paid.

7. El Deudor Hipotecario y cualquier otra persona que esté obligada bajo este Pagaré, renuncian a los derechos de presentación y aviso de rechazo. "Presentación" significa el derecho de requerirle al Acreedor Hipotecario que demande el pago de las cantidades vencidas. "Aviso de Rechazo" significa el derecho de requerirle al Acreedor Hipotecario notificar a otras personas que las cantidades vencidas no han sido pagadas.

8. Unless applicable law requires a different method, any notice that must be given to Borrower under this Note will be given by delivering it or by mailing it by first class mail to Borrower at the Property address below or at a different address if Borrower has given Lender a notice of Borrower's different address.

8. Salvo que el Derecho aplicable requiera un método distinto, cualquier notificación que deba hacerse al Deudor Hipotecario bajo este Pagaré se hará mediante entrega o por correo de primera clase, dirigida al Deudor Hipotecario, a la dirección de la Propiedad abajo indicada o a una dirección diferente, si el Deudor Hipotecario le ha notificado al Acreedor Hipotecario de una dirección diferente.

Any notice that must be given to Lender under this Note will be given by first class mail to Lender at the address stated in Paragraph 4(B) or at a different address if Borrower is given a notice of that different address.

Cualquier notificación que se deba hacer al Acreedor Hipotecario bajo este Pagaré le será hecha por correo de primera clase a la dirección expresada en el Párrafo 4(B) o a una dirección diferente si al Deudor Hipotecario le ha sido notificada una dirección diferente.

9. If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. Lender may enforce its rights under this Note against each person individually or against all signatories

9. Si más de una persona firma este Pagaré, cada una queda total y personalmente obligada a cumplir todos los compromisos contraídos en este Pagaré, incluyendo el de pagar la cantidad total adeudada. Cualquier persona que sea garantizadora, fiadora o endosante de este Pagaré está también obligada a cumplir lo estipulado. Cualquier persona que asuma estas obligaciones, incluyendo las obligaciones de un garantizador, fiador o endosante de este Pagaré, también está obligada a cumplir todos los compromisos contraídos en el mismo. El Acreedor Hipotecario podrá hacer valer sus derechos bajo este Pagaré en contra de cada persona individualmente

dualmente o en contra de todos los signatarios conjuntamente. A cualquier suscribiente de
together. Any one person signing this Note may be required to pay all of
este Pagaré le podrá ser requerido el pago de todas las cantidades adeudadas bajo el mismo.
the amounts owed under this Note.-------------------------------------

    BY SIGNING BELOW, Borrower accepts and agrees to the terms and cove-
    AL SUSCRIBIR este Pagaré el Deudor Hipotecario acepta y está de acuerdo con los térmi-
nants contained in this Note.----------------------------------------
nos y pactos contenidos en el mismo.---------------------------------

    This Note is secured by a mortgage executed by Deed number 1086------
    Este Pagaré está garantizado por Hipoteca constituida por la Escritura Número
of this same date before the subscribing Notary.----------------------
otorgada en esta misma fecha ante el Notario suscribiente.------------

    In  SAN JUAN---------------,--Puerto Rico, on  September 30,--------- 19 98
    En                      , Puerto Rico, a                     de 19

*Ana D. Rolón*
ANA ROLON SANCHEZ

*Luis A. Colón*
LUIS ANTONIO COLON REYES

KM 0.3 SR 7787 BAYAMON WD
CIDRA, PR 00739

Property Address
Dirección de la Propiedad

                                                Borrower(s)
                                          Deudor(es) Hipotecario(s)

Affidavit Number  9,618
Afidávit Número

---Acknoledged and suscribed before me by the above signatories, of the personal
circumstances contained in the Mortgage deed hereinbefore described, whom I have
identified as expressed also in said deed.---------------------------

[Notary seal: TERESITA NAVARRO GARCIA NOTARIO PUBLICO]

Pay to the order of:
DORAL FINANCIAL CORPORATION
without recourse
*Bonfan* 10-696
DORAL MORTGAGE CORP.
Authorized Signature

Page 4 of 4        PR Form Rev August 1995

PMB 153-B
P.O. Box 194000
San Juan, PR 00919-4000
Tels. (787) 763-2054
(787) 963-1397
(787) 963-1938
Fax (787) 282-7177
E-MAIL: www.titlesearc@prtc.net

## ESTUDIO DE TITULO

DORAL BANK- QUIEBRAS  MERARY GARCIA/ RAQUEL CRUZ
CASO: LUIS A. COLON  #10-08867
  6396

FINCA: 1,163, inscrita al folio 169 del tomo 106 de Cidra, Registro de la Propiedad de Caguas, Sección II.

**DESCRIPCION:**

RUSTICA: Parcela de terreno situada en el Barrio Bayamon de Cidra, Puerto Rico, con un area de 550.20 metros cuadrados. En lindes por el Norte, con el solar segregado de la finca principal de que procede; por el Sur, con Martin Santiago; por el Este, con la carretera conocida como La Sapera y por el Oeste, con Martin Santiago.

Enclavan dos casas.

**DOMINIO:**

Consta inscrita a favor de ANA IRMA ROLON SANCHEZ tambien conocida como ANA ROLON SANCHEZ y su esposo LUIS ANTONIO COLON REYES, quienes adquieren de la siguiente manera:

Una parte a favor de ANA IRMA ROLON SANCHEZ, en un 33.33% privativo de ella, quien adquiere por adjudicacion en liquidacion de comunidad.

Y en cuanto al resto a favor de ANA IRMA ROLON SANCHEZ y su esposo LUIS ANTONIO COLON REYES, en un 66.66% ganancial, por compra a Angel Manuel y Carmen Maria de apellidos Rolon Sanchez, segun escritura numero 1085, otorgada en San Juan el 30 de septiembre de 1998, ante la notario Teresita Navarro Garcia, inscrita al folio 213 del tomo 371 de Cidra, finca 1,163, inscripcion 12ma.

**GRAVAMENES:**

Afecta por su procedencia a: LIBRE DE CARGAS

Afecta por si a:

1. **HIPOTECA:** En garantia de un pagare a favor de Doral Mortgage Corporation, o a su orden por la suma de $44,350.00, intereses al 7 ½% anual y vencedero el 1 de octubre de 2013, segun escritura numero 1086, otorgada en San Juan el 30 de septiembre de 1998, ante la notario Teresita Navarro Garcia, inscrita al folio 213 del tomo 371 de Cidra, finca 1,163, inscripcion 13ra.

2. **HIPOTECA:** En garantia de un pagare a favor de Secretary of Housing and Urban Development, o a su orden por la suma de $2,525.76, sin intereses y vencedero el 1 de octubre de 2013, segun escritura numero 726, otorgada en San Juan el 1 de octubre de 2003, ante el notario Luis Valle Irizarry, inscrita al folio 213 vuelto del tomo 371 de Cidra, finca 1,163, inscripcion 13ra. **NO PODRA VENDER, TRANSFERIR SIN LA PREVIA AUTORIZACION DEL ACREEDOR.**

**DOCUMENTOS PRESENTADOS:**

1. Al asiento 1284 del diario 609, el 19 de enero de 2005, se presenta escritura numero 23, otorgada en Guaynabo el 10 de enero de 2005, ante el notario Johnny Correa Noa, sobre hipoteca a favor de Island Finance Corporation, por la suma de $16,822.00. PENDIENTE DE CALIFICACION Y DESPACHO.

*Este documento NO es una póliza de seguro de título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este estudio de título, está limitada a la cantidad pagada por el mismo. Si este documento es utilizado por alguien que no sea el solicitante lo hará bajo su propio riesgo y responsabilidad. Para completa protección debe requerir una póliza de seguro de título. No nos hacemos responsables por omisiones que cometa el Registro de la Propiedad en la entrada de datos, ni en la omisión suministrada por ellos tanto de sus libros como del sistema computadorizado, ni por la falta de información dada al decretoro de sus libros.*



PMB 153-B
P.O. Box 194000
San Juan, PR 00919-4000
Tels. (787) 763-2054
(787) 963-1397
(787) 963-1938
Fax (787) 282-7177
E-MAIL: www.titlesearc@prtc.net

## ESTUDIO DE TITULO

**DORAL BANK- QUIEBRAS**   **MERARY GARCIA/ RAQUEL CRUZ**
                                           #10-08867
**CASO: LUIS A. COLON**                     6396

**FINCA: 1,163, inscrita al folio 169 del tomo 106 de Cidra,**
Registro de la Propiedad de Caguas, Seccion II.

**SEGUNDA PAGINA:**

2. Al asiento 575 del diario 645, el 29 de mayo de 2009, se presenta escritura numero 23, otorgada en San Juan el 15 de mayo de 2009, ante el notario Johnny Correa Noa, sobre cancelacion de hipoteca por $2,525.00. PENDIENTE DE CALIFICACION Y DESPACHO.

3. Al asiento 1172 del diario 647, el 8 de octubre del 2009, se presenta escritura numero 406, otorgada en San Juan, el 25 de septiembre del 2009, ante la notario Magda V. Alsina Figueroa, sobre hipoteca a favor de Doral Mortgage LLC, por la suma de $44,350.00, intereses al 7 1/2% anual, vencedero el 1ro de octubre del 2013. PENDIENTE DE CALIFICACION Y DESPACHO.

ESTA SECCION DEL REGISTRO TIENE ATRASO EN LA ENTRADA DE DATOS DE SU SISTEMA DE BITACORA, LIBROS DE EMBARGOS Y SENTENCIAS.

REVISADOS: Libros de Sentencias, Embargos Federales, Estatales y Bitacora, por computadora y agora, hoy 1 de diciembre del 2010.

TITLE SEARCH & LEGAL ASSISTANCE INC.
cc/ap/jc/ra

ESTUDIO: $35.00

Este documento NO es una póliza de seguro de título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este estudio de título, está limitada a la cantidad pagada por el mismo. Si este documento es utilizado por alguien que no sea el solicitante lo hará bajo su propio riesgo y responsabilidad. Para completa protección debe requerir una póliza de seguro de título. No nos hacemos responsables por omisiones que cometa el Registro de la Propiedad, ni en la entrada de datos, ni en la omisión de información suministrada por ellos tanto de sus libros como del sistema computadorizado, ni por la falta de información dado al deterioro de sus libros.

Department of Defense Manpower Data Center

Results as of : Aug-28-2013 12:56:02

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: **COLON REYES**

First Name: **LUIS**

Middle Name:

Active Duty Status As Of: **Aug-28-2013**

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

Department of Defense Manpower Data Center
Results as of : Aug-28-2013 12:56:31

SCRA 3.0



Status Report
Pursuant to Servicemembers Civil Relief Act

Last Name: ROLON SANCHEZ
First Name: ANA
Middle Name:
Active Duty Status As Of: Aug-28-2013

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350