IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re:<br><br>LUIS ANTONIO COLON REYES<br>ANA IRMA ROLON SANCHEZ<br><br>Debtor(s) | CASE NO.: 10-08867-BKT<br><br>CHAPTER -13- |
|---|---|

MOTION REQUESTING RECONSIDERATION OF ORDER
LIFTING THE AUTOMATIC STAY IN FAVOR OF DORAL BANK

TO THE HONORABLE COURT:

COMES NOW DEBTOR through the undersigned attorney and to this Honorable Court respectfully alleges and prays as follows:

1. Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code, under which a payment plan was confirmed.

2. On August 29, 2013, Doral Bank filed a Motion for Relief from Stay, stating that debtor(s) **accumulated post petition arrears including late charges and legal fees and costs totaling $2,197.74...**

3. On September 19, 2013, an Order Lifting the Automatic Stay in favor of Movant was entered.

4. With this motion debtor is/are submitting evidence of payments made to Doral Bank for the months of April and August 2013. (Evidence attached)

5. Debtor(s) is/are submitting a Post Confirmation Modification Payment Plan to provide funds necessary to cure post petition arrears with Doral Bank.

6. Debtor(s) hereby request a reconsideration of order lifting the automatic stay for all the reasons above stated. Debtor's intentions are to complete the proposed base of Chapter 13 plan.

7. The reconsideration and the setting aside of the order of lifting the automatic stay would not harm the interest of creditors involved, and on the other hand they would benefit from the reconsideration of the case since they would be able to continue receiving payments.

WHEREFORE IT IS RESPECTFULLY requested from this Honorable Court to reconsider the order lifting automatic stay and vacate and set aside the same.

**NOTICE is hereby given that if no written objections are filed within 21 days to the reconsideration of Order the same will be granted without a hearing. Absent good cause untimely objections will be denied.**

CERTIFICATE OF SERVICE: A copy of the foregoing motion has been made to be filed with the Clerk of the Court using the CM/ECF system that will electronically notify Chapter 13 Trustee, Alejandro Oliveras, US Trustee Office and to parties in interest that are participants of CM/ECF. Non CM/ECF participants will be notified by regular mail.

In Cayey, Puerto Rico this October 1st, 2013.

/s/Miriam A Murphy Lightbourn
MIRIAM A. MURPHY LIGHTBOURN
PO BOX 372519
CAYEY, PUERTO RICO 00737
TEL: 787-263-2377
FAX: 787-738-4667
Email: mamurphy0@prtc.net



**UNITED STATES POSTAL SERVICE®** — **CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

Pay to: Doral
Address:

Serial Number: 21021608564
Year, Month, Day: 2013-06-26
Post Office: 007390
Amount: $423.00

---

**UNITED STATES POSTAL SERVICE®** — **CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

Pay to: Doral
Address:

Serial Number: 21174299098
Year, Month, Day: 2013-08-28
Post Office: 007390
Amount: $423.00

## UNITED STATES POSTAL SERVICE — CUSTOMER'S RECEIPT

| Pay to | Address | Serial Number | Year, Month, Day | Post Office | Amount |
|---|---|---|---|---|---|
| Doral | | 20847113302 | 2013-01-24 | 007390 | $423.00 |
| Doral Bank | P.O. Box 71529, San Juan PR 00936-8629 | 20661903325 | 2013-02-28 | 007360 | $423.00 |
| Doral | | 21005111902 | 2013-03-27 | 007390 | $423.00 |

5/27/2013

MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
P.O. BOX 9476
MINNEAPOLIS, MN 55480
PLEASE READ REVERSE SIDE www.moneygram.com/moneyorder DATE/AMO

RECEIPT
RECIBO

R2047 9511356 7

698 (12/12) 5
M 70350

▼DETACH HERE▼